## DONALDSON v. NESBIT.

Action for perpetual injunction against trespass by Sydney T. Donaldson against Mitchell Nesbit *et al.*, heard on Circuit with preceding case of Alston *v.* Limehouse. From order of Judge Gary, made November 19, 1900, therein set out, defendants appeal.

*Messrs. Smythe, Lee & Frost* and *Walter Hazard,* for appellants, refer to arguments used in preceding case.

*Messrs. Bryan & Bryan,* contra, cite: *Defendants are not entitled to trial by jury:* Code, 274; 53 S. C., 130; 54 S. C., 430; 53 S. C., 139; 29 S. C., 447; 28 S. C., 530; 31 S. C., 262; 44 S. C., 364. *This order is not appealable:* 29 S. C., 26; 33 S. C., 387; 52 S. C., 461.

June 22, 1901. The opinion of the Court was delivered by

Mr. Justice Gary. The facts of this case are similar to those in the case of Charles Pringle Alston *et. al.,* plaintiffs, respondents, *v.* J. F. Limehouse *et. al.,* defendants, appellants, in which the opinion has just been filed; and as the principles therein stated are applicable to this case, it is only necessary to announce the judgment of this Court, which is that the order of the Circuit Court be reversed.